LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Steven Orozco

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SONOMA DIVISION

| | |
|---|---|
| Mike Domenichelli,<br><br>                    Plaintiff,<br><br>     vs.<br><br>Creditor Specialty Service, Inc.; and Does 1-100, inclusive,<br><br>                    Defendants. | Case No.: 3:10-cv-00364-BZ<br><br>[~~PROPOSED~~] **ORDER GRANTING REQUEST FOR CONTINUANCE OF SCHEDULING CONFERENCE**<br><br>Date: May 10, 2010<br>Time: 4:00 P.M.<br>Judge: Hon. Bernard Zimmerman |

The Court hereby grants the request of ~~both parties~~ plaintiff to continue the Scheduling Conference until __ Monday, July 26, 2010 at 4:00 p.m.

IT IS SO ORDERED

Date: May 7, 2010                                         _____
                                                                            Honorable Bernard Zimmerman

Case No.: 3:10-cv-00364-BZ                          [PROPOSED] ORDER GRANTING REQUEST FOR
                                                                      CONTINUANCE OF SCHEDULING CONFERENCE