```
1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    NORTHERN DISTRICT OF CALIFORNIA
10
11   MIKE DOMENICELLI,            )
                                  )
12                                )      No. C10-0364 BZ
                                  )
13            Plaintiff(s),       )
                                  )
14        v.                      )
                                  )      ORDER RE MOTION TO SERVE
15                                )      PROCESS BY PUBLICATION
     CREDITOR SPECIALTY SERVICE   )
16   INC.,                        )
                                  )
17            Defendant(s).       )
                                  )
18   _____ )
```

19        Having received plaintiff's motion to serve process by
20   publication, **IT IS ORDERED** that plaintiff **SHALL** file a
21   writing addressing the following issues by **JUNE 23, 2010:**
22        1.  Defendant's agent's address at 2626 Townsgate Road
23   appears on multiple online mapping services such as Google
24   Maps and Yahoo Maps.  While the address on the Secretary of
25   State's webpage lists the city as Westlake Village and a
26   search for the address shows that Thousand Oaks is the
27   correct city, the zip code of 91361 correctly appears on the
28   webpage.  Plaintiff should explain any reasonable diligence

                                  1

used in locating the correct address.

    2.   Plaintiff did not provide any competent evidence that defendant's agent cannot be served at the address listed by the California Bar or the address listed on the agent's letterhead.

    3.   Plaintiff did not state whether he ever asked defendant's agent for an address where he could be served despite speaking directly to the agent as well as someone who answered the agent's phone.

    4.   Plaintiff did not describe any efforts to obtain a waiver of service in light of Mr. Evans's stated intention to file an answer.

Dated: June 17, 2010

                                           Bernard Zimmerman
                            United States Magistrate Judge

G:\BZALL\-BZCASES\DOMENICELLI V. CREDITOR SPECIALTY\ORDER.wpd