UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MIKE DOMENICELLI,                )
                                 )
          Plaintiff(s),          )   No. C10-0364 BZ
                                 )
     v.                          )   **ORDER DENYING PLAINTIFF'S**
                                 )   **MOTION TO SERVE PROCESS BY**
                                 )   **PUBLICATION**
CREDITOR SPECIALTY SERVICE       )
INC.,                            )
                                 )
          Defendant(s).          )
_____  )

Plaintiff having failed to respond to this Court's Order Re Motion To Serve Process By Publication (Docket No. 10), IT **IS HEREBY ORDERED** that plaintiff's Motion to Serve Process by Publication is **DENIED** without prejudice.

Dated: June 25, 2010

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\DOMENICELLI V. CREDITOR SPECIALTY\ORDER DENYING PLTF'S PROCESS BY PUBLICATION MOTION.wpd