LARA R. SHAPIRO (State Bar No. 227194)
4145 Via Marina # 324
Marina del Rey, CA 90292
Telephone:  (310) 577-0870
Facsimile:  (424) 228-5351

*Of Counsel to*
Lemberg & Associates LLC
A Connecticut Law Firm
1100 Summer Street
Stamford, CT  06905
Telephone:  (203) 653-2250
Facsimile:  (203) 653-3424

Attorneys for Plaintiff,
Mike Domenichelli

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Mike Domenichelli, | Case No.: 3:10-cv-00364-BZ |
| Plaintiff, | |
| vs. | ~~PROPOSED~~ ORDER |
| Creditor Specialty Service, Inc., | |
| Defendants. | |

## ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE

Pursuant to the Motion to Continue the Case Management Conference, **IT IS HEREBY ORDERED** that: The Case Management Conference scheduled for July 26, 2010 at 4:00 p.m is reset to __OCTOBER 25,_____, 2010 at___4:00 P.M.____.

**IT IS SO ORDERED.** <u>Plaintiff shall serve this Order on defendant. Mr. Evans is advised that if he wishes to represent defendant, he is expected to conduct himself as an officer of the Court.</u>

Dated: __JULY 7,_____, 2010

_____
Honorable Bernard Zimmerman
Magistrate Judge of the District Court